UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RINIKA WALLACE,

    Plaintiff,

v.   Case No.  3:21-cv-46-MMH-JRK

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 18; Stipulation) filed on September 21, 2021.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of September, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record